CARTER v. FIRST NATIONAL BANK OF GAINESVILLE et al.

ATKINSON, J.   The rulings of the court at the interlocutory hearing upon the admissibility of evidence show no error. The judgment appointing a receiver and ordering a sale of the property, subject to approval by the court, for the purpose of applying the proceeds in accord with the final judgment to be rendered in the case, was authorized by the evidence.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 544.   APRIL 11, 1918.

Receivership, etc.   Before Judge Jones.   Hall superior court. July 23, 1917.

*J. G. Collins,* for plaintiff in error.

*A. C. Wheeler, H. H. Dean, C. N. Davie,* and *W. B. Sloan,* contra.

---

NESSMITH v. GASKINS et al.

HILL, J.   Under the pleadings and evidence in this case, the court did not err in refusing to grant an injunction.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

No. 545.   APRIL 11, 1918.

Petition for injunction.   Before Judge Thomas.   Berrien superior court.   July 28, 1917.

*Hendricks, Mills & Hendricks,* for plaintiff.

*W. R. Smith* and *C. A. Christian,* for defendants.